The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA ANGELICA MALDONADO, ISMAEL GARCIA SR., and ANTHONY J. BUSTOS, <br><br> Defendants. | NO. CR18-0033-JCC <br><br> ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendants' unopposed motion to continue trial and the pretrial motions deadline (Dkt. No. 47). Having considered the motion and Defendants' speedy trial waivers (Dkt. Nos. 48, 49, 50), the Court FINDS as follows:

1. Discovery in this matter is considerable and ongoing. Defense counsel requires additional time to review the discovery and evidence, assess the case and confer with their respective clients.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Defendants have filed waivers of speedy trial through October 31, 2018.

The Court therefore ORDERS that the trial date be continued from April 23, 2018, to October 9, 2018, at 9:30 a.m. The period of delay between the date the motion to continue (Dkt. No. 47) was filed and October 9, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than August 13, 2018.

DATED this 14th day of March, 2018.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING TRIAL AND PRETRIAL
MOTIONS DEADLINE
CR18-0033-JCC
PAGE - 2