The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0033JCC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |
| MARIA ANGELICA MALDONADO, | |
| Defendant. | |

This matter comes before the Court on the Defendant's Motion to Modify Conditions of Release.

The Court, having reviewed the motion, hereby modifies the defendant's appearance bond. Specifically, the following changes shall be made:

Delete: The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

[PROPOSED] ORDER MODIFYING
CONDITIONS OF RELEASE- 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

1

2  Add: The defendant shall participate in the location monitoring program with
       Active Global Positioning Satellite technology. The defendant shall comply
3      with a curfew as directed by the location monitoring specialist. The defendant
       shall abide by all program requirements, and must contribute towards the costs
4      of the services, to the extent financially able, as determined by the location
       monitoring specialist.
5

6
       So Ordered this 13th day of August, 2018.
7

8

9              The Honorable ~~John C. Coughenour~~ James P. Donohue
               UNITED STATES ~~DISTRICT COURT~~ JUDGE
10                                                Magistrate

11

12 Presented by:

13  s/ Michele Shaw
    Michele Shaw, WSBA #19561
14  Law Office of Michele Shaw
    2125 Western Ave., #330
15  Seattle, WA 98121
    Telephone: (206) 448-9612
16  Fax: (206) 319-5473
    Email: michele@micheleshawlaw.com
17

18

19

20

21

22

23

**[PROPOSED] ORDER MODIFYING**　　　　　　　　　　**MICHELE SHAW**
**CONDITIONS OF RELEASE- 2**　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　　　2125 Western Ave #330
　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　　　　　　Bus (206) 448-9612
　　　　　　　　　　　　　　　　　　　　　　　　Fax (206) 319-5473
　　　　　　　　　　　　　　　　　　　　　　　　michele@micheleshawlaw.com